UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------x
DAMIAN MARTIN, on behalf of himself and all others similarly situated,

                              Civil Action No:
                              1:23-cv-6438

                Plaintiff,

  -v.-
CHELSEA MORNING, INC.,

                Defendants.
------------------------------------------------------------x

## NOTICE OF SETTLEMENT

      Please take notice that parties have settled the above-referenced case. This settlement is contingent upon the execution of a written settlement agreement. The case will be dismissed by Plaintiff upon completion of specified conditions, in no more than 60 days from the date of this notice. Please vacate all currently scheduled dates in this matter.

DATED, this 25th day of October, 2023

                              */s/PeterPaul Shaker*
                              PeterPaul Shaker
                              **Stein Saks, PLLC**
                              One University Plaza
                              Hackensack, NJ 07601
                              Ph: 201-282-6500
                              pshaker@steinsakslegal.com

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on October 25, 2023 with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List below either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                        */s/ PeterPaul Shaker*
                                        PeterPaul Shaker